IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09cv20

| | |
|---|---|
| **GRETA JUANITA BRADLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **MERCK & CO., INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Stay Proceedings. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Proceedings (#7) is **GRANTED,** and this action is administratively **STAYED** pending its transfer to In re Fosamax Products Liability Litigation, MDL No. 1789 (S.D.N.Y.)

Signed: April 9, 2009

Dennis L. Howell
United States Magistrate Judge